# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

**MEMO ENDORSED**

July 16, 2021

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 7/16/2021 |

**VIA CM/ECF**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007-1312

Re:   Velasquez v. 939 Mitchell Market Inc., d/b/a Panini Grill, et al.
      Case 1:21-cv-02949-VEC

Dear Judge Caproni:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for August 6, 2021 at 10:00 a.m., in Your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 8 & D.E. 9]. The undersigned counsel has undertaken additional efforts including follow-up correspondence with a copy of the Summons and Complaint to the subject facility location, in order to facilitate contact from defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of the Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

Application DENIED. The initial pretrial conference scheduled for August 6, 2021 is canceled. If Defendants have not appeared or answered by their August 6, 2021 deadline, Plaintiff must move for default judgment by **August 13, 2021.**

SO ORDERED.

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

7/16/2021