```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RICARDO VELASQUEZ,

                           Plaintiff,

        -against-

EASTGATE WHITEHOUSE LLC, a Delaware limited liability company, and 939 MITCHELL MARKET INC., a New York corporation, d/b/a PANINI GRILL, and 939 FIRST VENUE LLC, a New York limited liability company,

                         Defendants.
-------------------------------------------------------------- X

21-CV-2949 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on April 6, 2021 Plaintiff initiated this action (Dkt. 1);

WHEREAS on August 12, 2021, the Court ordered Plaintiff to move for default judgment against 939 Mitchell Market Inc. by August 13, 2021 (Dkt. 31);

WHEREAS on August 13, 2021, Plaintiff moved for entry of default as to 939 Mitchell Market Inc. (Dkt. 32);

WHEREAS on August 17, 2021, the Clerk of Court informed Plaintiff's counsel that the motion for entry of default was filed incorrectly;

IT IS HEREBY ORDERED THAT:  No later than **September 10, 2021,** Plaintiff must move for default judgment against 939 Mitchell Market Inc. in accordance with the Undersigned's individual practices or the case against Mitchell Market Inc. will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Date: September 7, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**